**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO S. JIMENEZ,<br>Petitioner,<br>v.<br>CYNTHIA Y. TAMPKINS,<br>Respondent. | Case No.: 16cv1761-MMA (KSC)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 28]<br><br>**OVERRULING PETITIONER'S OBJECTIONS;**<br><br>[Doc. No. 30]<br><br>**DENYING PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>[Doc. No. 1]<br><br>**DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

Petitioner Pablo S. Jimenez, a state prisoner proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus ("petition") pursuant to Title 28, United States Code, section 2254, challenging his 2015 conviction for assault and battery causing great bodily injury

to the victim. *See* Doc. No. 1. The Court referred the matter to United States Magistrate Judge Karen S. Crawford for preparation of a Report and Recommendation pursuant to Title 28, section 636(b)(1), and Civil Local Rule HC.2. Judge Crawford has issued a thorough and well-reasoned Report recommending that all relief requested by Petitioner be denied. *See* Doc. No. 28. Petitioner generally objects to the Report and Recommendation, asserting arguments previously raised in his Traverse. *See* Doc. No. 30.

Pursuant to Federal Rule of Civil Procedure 72 and Title 28, section 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). The Court has conducted a *de novo* review of the entire record and finds Petitioner's objections to be without merit.

Accordingly, the Court concludes that Judge Crawford issued an accurate Report and well-reasoned recommendation that the petition be denied. The Court **OVERRULES** Petitioner's objections and **ADOPTS** the Report and Recommendation in its entirety. The Court **DENIES** the petition with prejudice.

**CERTIFICATE OF APPEALABILITY**

Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability is not issued unless there is "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *See Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). For the reasons set forth in the Report and Recommendation and incorporated by reference

herein, the Court finds that this standard has not been met and therefore **DECLINES** to issue a certificate of appealability in this case.

The Court **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

DATE: December 6, 2018

HON. MICHAEL M. ANELLO
United States District Judge