

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pablo S. Jiminez,<br><br>                Petitioner,<br><br>    v.<br><br>Cynthia Y. Tampkins,<br><br>                Respondent. | **Civil Action No.** 16cv1761-MMA(KSC)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that Judge Crawford issued an accurate Report and well-reasoned recommendation that the petition be denied. The Court overrules Petitioner's objections and adopts the Report and Recommendation in its entirety. The Court denies the petition with prejudice. Rule 11 of the Federal Rules Governing Section 2254 Cases states that "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability is not issued unless there is "a substantial showing of the denial of a constitutional right." Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. For the reasons set forth in the Report and Recommendation and incorporated by reference herein, the Court finds that this standard has not been met and therefore declines to issue a certificate of appealability in this case.

**Date:** 12/6/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
                          R. Chapman, Deputy